04-03-2015

CASE: 05-13-01543-CR
Miguel Antonio Rodriguez
#1893272
Hightower Unit
902 FM 686
Dayton, Tx 77535

RECEIVED
Court of Appeals

APR 1 3 2015

Lisa Matz
Clerk, 5th District

Con debido respecto para las personas de la Corte y por medio de esta persona. Eloisa Rodriguez yo les ago llegar la copia de este chegoe disculpemen por la tardanza por el proceso de TDCJ pues no puedo acerlo mas rapido.

Gracias por su atencion y mil disculpas

Att:
Miguel Antonio Rodriguez
#189 32 72
04-03-2015

ELO

Posting Date: 2011-07-06
Sequence #: 4870063893
Account #: 957833932
Routing Transit: 11100061
Amount #: $1000.00
Check/Serial #: 000000009990
Bank #: 201
Tran Code: 009990
IRD: 0
ItemType: P
BOFD: 111900057
Cost Center: 741857
Teller Number: 3
Teller Seq Number: 130
Processing Date: 20110706

32-61 1857
1110

9990

Date 7-5-11

Pay to the order of Patricia Nunez $ 1,000

one thousand Dollars

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

Memo

Miguel Rodriguez

⑆111000614⑆  957833932⑈9990

JPMorganChaseBank 070603 741857 9405300 11091

Patricia Nunez

Eloisa Rodriguez
18948 County Road # 541
Royse City TX 75189

75202366631

NORTH TEXAS TX 750
DALLAS TX 750
08 APR 2015 PM 7L

Court of Appeals
Fifth District of Texas at
Dallas
George L. Allen sr courts
Building
600 commece Street Suit
Dallas Tx. 75202